RECP #150960  CK# 3009

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED 2010 SEP 16 PM 3:12 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

In Re: ) Case No. 09-20243
)
    Rheuneld Edmond ) Chapter 7
)
    Debtor ) Judge Randolph Baxter

### TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3009 in the amount of $962.93, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Discover<br>Bankruptcy Dept.<br>P.O. Box 15318<br>Wilmington, DE 19850 | 2 | $2,698.01 | $ 962.93 |

Dated: September 16, 2010

                                 /s/ Sheldon Stein
                                 Sheldon Stein, Trustee

cc: United States Truste